450 A.2d 203

Commonwealth v. Barnes, Appellant.
Petition for Allowance of Appeal
Denied Dec. 22, 1982.

Argued March 30, 1982. George T. Guarnieri, for appellant; Gail Thackery, Assistant District Attorney, for Commonwealth, appellee.

610

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgments of sentence affirmed.